AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central Dist. of CA__ on the following [X] Patents or [ ] Trademarks:

CV10-8175 JFW (FMOx)

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Central District of California, Southern Division |
|---|---|---|
| PLAINTIFF<br>OPEN INNOVATION LLC, | | DEFENDANT<br>CHAR-BROIL, a private company, W.C. BRADLEY CO., a private company; and DOES 1-10 INCLUSIVE, |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 (SEE ATTACHMENT | A) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment [ ] Answer [ ] Cross Bill [ ] Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

ORIGINAL   AO-120

## ATTACHMENT A

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
|---|---|---|
| D364,535 | 11/28/1995 | Char-Broil |
| 4,989,579 | 2/5/1991 | Char-Broil |
| 6,526,876 | 3/4/2003 | Char-Broil |
| 6,640,803 | 11/4/2003 | Char-Broil |
| 6,739,473 | 5/25/2004 | Char-Broil |
| 6,792,935 | 9/21/2004 | Char-Broil |
| 7,047,590 | 5/23/2006 | Char-Broil |
| D383,035 | 9/2/1997 | Char-Broil |
| D414,982 | 10/12/1999 | Char-Broil |
| D443,464 | 6/12/2001 | Char-Broil |
| D447,384 | 9/4/2001 | Char-Broil |
| D447,385 | 9/4/2001 | Char-Broil |
| D447,909 | 9/18/2001 | Char-Broil |
| D448,610 | 10/2/2001 | Char-Broil |
| D448,615 | 10/2/2001 | Char-Broil |
| D448,616 | 10/2/2001 | Char-Broil |
| D450,544 | 11/20/2001 | Char-Broil |
| D451,759 | 12/11/2001 | Char-Broil |
| D454,028 | 3/5/2002 | Char-Broil |
| D454,031 | 3/5/2002 | Char-Broil |
| D455,205 | 4/2/2002 | Char-Broil |
| D455,206 | 4/2/2002 | Char-Broil |
| D456,202 | 8/11/2002 | Char-Broil |
| D456,222 | 4/30/2002 | Char-Broil |
| D456,223 | 4/30/2002 | Char-Broil |
| D457,789 | 5/28/2002 | Char-Broil |
| D458,520 | 6/11/2002 | Char-Broil |
| D458,760 | 6/18/2002 | Char-Broil |
| D458,802 | 6/18/2002 | Char-Broil |
| D459,088 | 6/25/2002 | Char-Broil |
| D459,148 | 6/25/2002 | Char-Broil |
| D459,149 | 6/25/2002 | Char-Broil |
| D459,161 | 6/25/2002 | Char-Broil |
| D459,163 | 6/25/2002 | Char-Broil |
| D459,586 | 7/2/2002 | Char-Broil |
| D459,943 | 7/9/2002 | Char-Broil |

| | | |
|---|---|---|
| D460,318 | 7/16/2002 | Char-Broil |
| D466,307 | 12/3/2002 | Char-Broil |
| D477,498 | 7/22/2003 | Char-Broil |
| D477,501 | 7/22/2003 | Char-Broil |
| D477,504 | 7/22/2003 | Char-Broil |
| D477,506 | 7/22/2003 | Char-Broil |
| D477,746 | 7/29/2003 | Char-Broil |
| D478,471 | 8/19/2003 | Char-Broil |
| D491,410 | 6/15/2004 | Char-Broil |
| D498,523 | 11/16/2004 | Char-Broil |
| D500,359 | 12/28/2004 | Char-Broil |
| D530,098 | 10/17/2006 | Char-Broil |
| D535,000 | 1/9/2007 | Char-Broil |